■ HERBERT CHARLES & CO., INC., Plaintiff, v JEWELCOR, INCORPORATED, Respondent. JEWELCOR INCORPORATED, Defendant and Third-Party Plaintiff-Respondent, v SAMUEL AARON CO., INC., Third-Party Defendant-Appellant. — Order, Supreme Court, New York County (Freedman, J.), entered June 2, 1980, denying motion of third-party defendant to dismiss third-party complaint, is unanimously reversed, on the law, with costs, and the motion to dismiss the third-party complaint for failure to state a cause of action is granted. Even judging the third-party complaint by the lenient standards applicable to such a complaint, there is still no showing in the complaint of any basis — even a hypothetical basis — upon which the third-party defendant may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the defendant third-party plaintiff. (See CPLR 1007; McLaughlin, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR, C1007:3, p 35.) Concur — Birns, J.P., Ross, Silverman, Bloom and Fein, JJ.

# SECOND DEPARTMENT, NOVEMBER, 1981

## (November 2, 1981)

■ ROSE AMBROSIO, Appellant, v JOHN H. FISHER, Respondent. — Appeal from an order of the Supreme Court, Suffolk County (McInerney, J.), dated October 14, 1980, dismissed, without costs or disbursements. The order is reviewed upon the appeal from a judgment of the same court, entered October 21, 1980 (see *Matter of Aho,* 39 NY2d 241, 248). Judgment entered October 21, 1980 affirmed, without costs or disbursements. No opinion. Hopkins, J.P., Damiani, Titone and Mangano, JJ., concur.